# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

FILED
10/23/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Benjamin Marburger
Plaintiff(s)

-v-

Hendricks co DCS
Defendant

Case No. 1:23-cv-01901-TWP-MG

## Civil Lawsuite
(Title your document on this line.)

I am the **plaintiff** / defendant (circle one) in this case and I state as follows:

I am filing a civil lawsuite against the Hendricks County Department of child services, in regards to suspending my parenting time and visitations under a false report and false allegations made to DCS by my ex-wife Debbie Thorpe, her mother Linda Thorpe and Debbie's husband Curtis Roberts.

Page 1 of 3

INSD Pro Se Blank Filing (caption and certificate of service) 4/19

in the past year there have been 3 report made to DCS and have had assesment done by DCS, I have had my vist with my two daughters stoped because of false allegations. I am curently not able to see or vist my daughter's.

Date: 10-6-2023        Signed: Benjamin Mahlway
                               Filing party

Address and Telephone Number:

8881 W. CR 700 S.
Coatsville, IN 46121
(317) 743-6725

## CERTIFICATE OF SERVICE

I certify that a copy of this document  Civil Lawsuite
                                        (fill in name of your document)

has been mailed, postage prepaid, upon (insert names and addresses of other parties in space provided): Kyleigh Becker, 35827-64, Attorney, Indiana Department of child service
Kristin Hannon, DCS case manager
6781 E. US 36 Suite 200
Avon, IN 46123
(317) 460-9328

Page 2 of 3

Date: 10-6-2023        Signed: Benjamin Marlury
                               Filing party

**NOTE: You must complete this section and mail copies of this document to each party.**

INSD Pro Se Blank Filing (caption and certificate of service) 4/19

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Benjamin Marburger
_____
Plaintiff(s)

-v-

Debra Thorpe
Curtis Roberts
_____
Defendant

Case No. _____

Civil Lawsuite agaist Debra Thorpe
(Title your document on this line.)

I am the (plaintiff)/defendant (circle one) in this case and I state as follows:

I am filing a civil Lawsuite against my ex-wife and her curent husband in regards to there false statements, and allegations and slanderous statements giving to the Department of Child Services of Hendricks County, that led to the court suspended my visit and parenting time with my daughters. This

Page 1 of 3

to happen or take place, it took place in June 14th of 2021 in Hendricks County Court in Danville, the allegation came out to be false and untrue. I have documentions to prove it.

Date: 10-8-2023   Signed: Benjamin Marly
                          Filing party

Address and Telephone Number:

8881 W. C.R 700S
Coatsville, IN 46121
(317) 743-6325

## CERTIFICATE OF SERVICE

I certify that a copy of this document Civil Lawsuite against Debra Thorpe Curtis Roberts
(fill in name of your document)
has been mailed, postage prepaid, upon (insert names and addresses of other parties in space provided):

Debra Thorpe
Curtis Roberts

2289 Granite Dr
Lebanon, IN 46052
(765) 482-3126

Page 2 of 3

INSD Pro Se Blank Filing (caption and certificate of service) 4/19

Date: 10-8-2023       Signed: _Benjamin Marler_
                              Filing party

*NOTE: You must complete this section and mail copies of this document to each party.*

Benjamin Marburger  
*Plaintiff(s)*

-v-

Linda Thorpe  
*Defendant*

Case No. _____

# Civil Lawsuite against Linda Thorpe
(Title your document on this line.)

I am the (plaintiff) defendant (circle one) in this case and I state as follows:

I am filing a civil lawsuite against Linda Thorpe, in regards to her slanderous and false allegations made to the Hendricks county Department of child services that caused my parenting time and vist with my two daughters to be suspended, this is not the first time this has happened - It first

Page 1 of 3

INSD Pro Se Blank Filing (caption and certificate of service) 4/19

happend in June 14th of 2021, this allegations were found to be false and also not true.

Date: 10-8-2023        Signed: Benjamin Matthew
                               Filing party

Address and Telephone Number:

8881 W. C.R 700S
Coatsville, IN 46121

### CERTIFICATE OF SERVICE

I certify that a copy of this document **Civil lawsuite against Linda Thorpe**
(fill in name of your document)
has been mailed, postage prepaid, upon (insert names and addresses of other parties in
space provided): Linda Thorpe
5039 S. 600 W
Jamestown, IN 46147
(765) 482-1581

Page 2 of 3

INSD Pro Se Blank Filing (caption and certificate of service) 4/19

Date: 10-8-2023          Signed: Benjamin Mathlutree
                                  Filing party

NOTE: *You must complete this section and mail copies of this document to each party.*