# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| BENJAMIN MARBURGER, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:23-cv-01901-TWP-MG |
| HENDRICKS CO DCS, | ) |
| DEBRA THORPE Ex-wife, | ) |
| LINDA THORPE, | ) |
| CURTIS ROBERTS Ex-wife's husband, | ) |
| Defendants. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed without prejudice.

Dated: 12/14/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

BENJAMIN MARBURGER
8881 W. C.R 7005
COATSVILLE, IN 46121